1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY DANIEL PROFFITT,                    No.  2:19-cv-1510 WBS CKD P

12              Petitioner,

13        v.                                   ORDER

14   JOE LIZARRAGA,

15              Respondent.

16

17        Petitioner has filed requests for the issuance of subpoenas and for the court to stay the

18   case while he seeks leave from the Ninth Circuit to file a second or successive petition.  (ECF

19   Nos. 13, 14.)  This action was dismissed on September 3, 2019.[1]  (ECF Nos. 11, 12.)

20        Accordingly, IT IS HEREBY ORDERED that petitioner's requests for subpoenas (ECF

21   No. 13) and to stay the case (ECF No. 14) are denied as moot.

22   Dated:  September 12, 2019

23                                             _____
                                              CAROLYN K. DELANEY
24                                            UNITED STATES MAGISTRATE JUDGE

25

26   13:prof1510.misc

27   _____
     [1]  In adopting the findings and recommendations to dismiss the case, the District Judge
28   considered petitioner's objections (ECF No. 11), which also asked that the case be stayed while
     he sought leave to proceed from the Ninth Circuit (ECF No. 14).

                                              1