UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DANIEL PROFFITT,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | No. 2:19-cv-1510 WBS CKD P<br><br>ORDER |

Petitioner has filed a motion for appointment of counsel. (ECF No. 16.) However, this petition for writ of habeas corpus was dismissed on September 3, 2019 (ECF Nos. 11, 12), and the motion is therefore denied. Any further documents filed by petitioner will be disregarded and no orders will issue in response to future filings.

    IT IS SO ORDERED.

Dated: November 19, 2019

                                                  CAROLYN K. DELANEY<br>
                                                  UNITED STATES MAGISTRATE JUDGE

13:prof1510.158